UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-04332-SVW -SH | Date | December 22, 2011 |
|---|---|---|---|
| Title | Soon Kim v. Washington Mutual Bank et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kane Tien | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER re ORDER TO SHOW CAUSE [15]

   The Court, on its own motion, extends the Order to Show Cause deadline from December 21, 2011 to December 29, 2011.

                                                                                                    :
                                                           Initials of Preparer         KTI